**Leta Gorman**, OSB #984015
E-mail:    leta.gorman@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street
Suite 800
Portland, Oregon  97258
Telephone: 503.228.6351
Facsimile: 503.295.0915

**Shawn Alex Heller**, FSB #46346
(*pro hac vice*)
Social Justice Law Collective, PL
974 Howard Avenue
Dunedin, FL 34698
E-mail:    shawn@sjlawcollective.com
Attorneys for Plaintiff Darrell Rogers

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| DARRELL ROGERS,<br><br>            Plaintiff,<br><br>   v.<br><br>TAN REPUBLIC FRANCHISE COMPANY, LLC, doing business as TAN REPUBLIC, an Oregon Limited Liability Company,<br><br>            Defendant. | Civil No.: 6:20-cv-00809-MC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>By Plaintiff, Darrell Rogers |

Plaintiff, Darrell Rogers, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal with Prejudice, and by agreement of the parties each side will bear their own respective attorneys' fees and expenses. Defendant has not yet filed an answer or a motion for summary judgment.

Bullivant|Houser|Bailey PC

One SW Columbia Street
Suite 800
Portland, Oregon  97258
Telephone: 503.228.6351

**NOTICE OF DISMISSAL WITH PREJUDICE**
**Page 1**

DATED:  August 7, 2020

By:  *s/ Shawn A. Heller*

Shawn A. Heller, Esq. (*pro hac vice*)
Social Justice Law Collective, PL
974 Howard Avenue
Dunedin, FL 34698
shawn@sjlawcollective.com
Telephone: (202) 709-5744
Fax: (866) 893-0416

Leta Gorman, OSB #984015
E-mail:leta.gorman@bullivant.com
Telephone: 503.228.6351

Attorneys for Plaintiff Darrell Rogers

**Bullivant|Houser|Bailey PC**

One SW Columbia Street
Suite 800
Portland, Oregon  97258
Telephone: 503.228.6351

**NOTICE OF DISMISSAL WITH PREJUDICE
Page 2**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 7th day of August, 2020, which will send a notice of electronic filing to all attorneys of record.

By:   *s/ Shawn A. Heller*
      Shawn A. Heller, Esq.

**Bullivant|Houser|Bailey PC**

One SW Columbia Street
Suite 800
Portland, Oregon 97258
Telephone: 503.228.6351

**CERTIFICATE OF SERVICE
Page 1**